## Wheelock Trust.

Argued June 1, 1960. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Irvin Stander,* Special Assistant Attorney General, with him *Edward J. Ozorowski,* Special Assistant Attorney General, *Ralph S. Snyder,* Assistant Attorney General, and *Anne X. Alpern,* Attorney General, for Commonwealth, appellant.

*Cuthbert H. Latta,* with him *Louis D. Stefan, Cormac J. Malloy,* and *Barnes, Dechert, Price, Myers & Rhoads,* and *High, Swartz, Childs & Roberts,* for appellees.

OPINION PER CURIAM, September 26, 1960:
Decree affirmed on opinion of Judge TAXIS, 21 Pa. D. & C. 2d 753. Each party to pay its own costs.